UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SAWYER,

    Plaintiff,

Case No. 17-cv-13948
Hon. Matthew F. Leitman

v.

CONCORD MANAGEMENT, LTD, *et al.*,

    Defendants.

_____/

## ORDER (1) GRANTING DEFENDANT OLYMPIC COMPACTOR RENTALS III'S MOTION FOR SUMMARY JUDGMENT (ECF #34) AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT CONCORD MANAGEMENT, LTD'S MOTION FOR SUMMARY JUDGMENT (ECF #33)

On March 13, 2019, the Court held a hearing on Defendant Olympic Compactor Rentals III's ("Olympic") motion for summary judgment (ECF #34) and Defendant Concord Management, LTD.'s ("Concord") motion for summary judgment (ECF #33).

For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

- Olympic's motion for summary judgment (ECF #34) is **GRANTED**; and

1

- Concord's motion for summary judgment (ECF #33) is **DENIED** to the extent it seeks judgment on Sawyer's premises liability claim, and **GRANTED** in all other respects.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764